# United States District Court

## Northern District of Indiana

CHRISTOPHER BECHLEM
        Petitioner

                                            JUDGMENT IN A CIVIL CASE

        v.

                                            **Case No. 3:08cv155**
                                            **(arising out of 3:06cr93)**

UNITED STATES OF AMERICA
        Respondent

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial, hearing or consideration before the Court.  The issues have been tried, heard or considered and a decision has been rendered.

       IT IS ORDERED AND ADJUDGED that the motion is denied pursuant to 18 U.S.C.§2255.


                                                       Stephen R. Ludwig, Clerk

                                                         s/kschwenk
                                        By_____
                                        Deputy Clerk


**Post Judgment Interest Rate**: N/A

This document entered pursuant to Rules 79(a) and 58
of the Federal Rules of Civil Procedure on **April 1, 2008**.